EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.*
MARCIAL MONTALVÁN, acusado y apelante.

No. 3115.—*Visto:* Mayo 17, 1927. *Resuelto:* Mayo 19, 1927.

ARMAS—PORTAR ARMAS PROHIBIDAS—PROCESO Y CASTIGO—ACUSACIÓN O DENUN-
CIA—ALEGACIONES EN LA MISMA—LARGO DEL ARMA—CORTAPLUMAS O CUCHI-
LLAS PLEGADIZAS.—En acusaciones por la portación de cortaplumas o cuchi-
llas plegadizas de bolsillo es necesario alegar que éstas tienen más de tres
pulgadas para que la acusación impute delito alguno.

SENTENCIA de *Pablo Berga*, J. (San Juan), condenando al acusado
por delito de portar armas. *Revocada*, absolviendo al acusado.

*Dubón & Ochoteco*, abogados del apelante; *José E. Figueras*, abo-
gado de *El Pueblo*, apelado.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tri-
bunal.

La acusación imputó al apelante que portaba sobre su
persona una cuchilla y se alega en este recurso que tal he-
cho no es constitutivo de delito porque en la acusación no
se dice que la cuchilla tiene más de tres pulgadas de largo.

La Ley No. 14 del año 1924 para enmendar la de 1905
prohibiendo portar armas, que había sido enmendada en
1908, dispone en el artículo 5 No. 3 que sus disposiciones
no serán aplicables a la portación de cortaplumas o cuchi-
llas plegadizas de bolsillo, cuyas hojas no excedan de tres
pulgadas de largo, por lo que para que la portación de ta-
les instrumentos sea constitutiva de delito es necesario que
tengan más de tres pulgadas de largo, y por consiguiente
tal hecho debe ser alegado en la acusación para que ésta
impute dicho delito, alegación que no se hizo en este caso.

La ley se refiere a cortaplumas o cuchillas plegadizas
de bolsillo usando esas palabras como sinónimas, y real-
mente lo son porque una cuchilla plegadiza de bolsillo es
como un cortaplumas, que también es plegadizo y de bolsi-
llo, aunque aquélla es un poco más grande de lo que sue-
len ser los cortaplumas. Por esto, usadas esas palabras
como sinónimas la cuestión de tamaño fijado por la ley

tiene que ser alegado para que su portación pueda ser constitutiva de delito.

La sentencia apelada *debe ser revocada y absolverse al acusado.*